IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY-CLARK CORP., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | Civ. Action No. 1:10-cv-34-CAP |
| ) | |
| v. ) | Judge Charles Pannell, Jr. |
| ) | |
| CARDINAL HEALTH 200, LLC ) | |
| f/k/a CARDINAL HEALTH 200, ) | |
| INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## JOINT STIPULATION TO REOPEN
## LAWSUIT AND VACATE ORDER OF DISMISSAL

Plaintiff/Counter-Defendant Kimberly-Clark Corporation ("Kimberly-Clark") and Defendant/Counter-Plaintiff Cardinal Health 200, LLC ("Cardinal") hereby submit this joint stipulation to reopen this lawsuit and to vacate the order of dismissal. In support of this joint stipulation, Kimberly-Clark and Cardinal state as follows:

1.  On May 30, 2011, Kimberly-Clark and Cardinal each submitted a report to this Court on the private mediation in which the parties had participated. (Docs. Nos. 213 and 214). In those reports, the parties reported that the parties had reached an agreement on the basic terms of a settlement agreement, which settlement agreement was in the process of being documented.

2. On June 1, 2011, this Court entered an Order Administratively Closing Case. (Doc. No. 15). That Order provided that this lawsuit was "DISMISSED WITHOUT PREJUDICE to the right of any party, within the next ninety (90) days, to reopen this action or vacate this order of dismissal." (*Id.*) If neither party sought to reopen the case or vacate the dismissal order within those ninety days, then the "action will be dismissed with prejudice." (*Id.*)

3. The ninety-day window to reopen the case or vacate the dismissal will expire on August 30, 2011.

4. The parties have not yet finalized their settlement agreement and, due to scheduling issues, anticipate that the settlement agreement will not be finalized on or before August 30, 2011. Accordingly, the parties seek to vacate the dismissal and reopen the case.

WHEREFORE, Kimberly-Clark Corporation and Cardinal Health 200, LLC jointly stipulate that the dismissal order should be vacated, and respectfully request entry of an order reopening this case.

| | |
|---|---|
| Dated:   August 26, 2011<br>/s/ Christopher P. Galanek | Respectfully submitted,<br>/s/ Steven J. Thompson |

| | |
|---|---|
| Christopher P. Galanek<br>Ryan T. Pumpian<br>Damon J. Whitaker<br>BRYAN CAVE POWELL GOLDSTEIN<br>One Atlantic Center – Fourteenth Floor<br>1201 West Peachtree Street, NW<br>Atlanta, Georgia  30309-3488<br>404-572-6600<br><br>J. Bennett Clark<br>BRYAN CAVE POWELL GOLDSTEIN<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis, Missouri 63102<br>314-259-2000<br><br>*Attorneys for Plaintiff/Counter-Defendant* | Ethan E. Trull (*admitted pro hac vice*)<br>Steven J. Thompson (*admitted pro hac vice*)<br>Samera S. Ludwig (*admitted pro hac vice*)<br>Lisa C. Sullivan (*admitted pro hac vice*)<br>UNGARETTI & HARRIS LLP<br>3500 Three First National Plaza<br>Chicago, Illinois 60602<br>312-977-4400<br>312-977-4405 facsimile<br><br>Earl W. Gunn<br>Georgia Bar No. 3158262<br>William C. Buhay<br>Georgia Bar No. 093940<br>wbuhay@wwhgd.com<br>WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC<br>One Atlanta Plaza – Suite 3000<br>Atlanta, Georgia 30326<br>950 East Paces Ferry Road<br>404-876-2700<br>404-875-9433 facsimile<br><br>*Attorneys for Defendant/Counter-Plaintiff* |

**LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE**

The undersigned certifies that the foregoing submission to the Court was computer-processed and prepared using Times New Roman font of 14 point size pursuant to Local Rule 5.1B of the Northern District of Georgia.

/s/ Steven J. Thompson
Steven J. Thompson
Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011, I electronically filed with the Clerk of the Court **Joint Stipulation to Reopen Lawsuit and Vacate Order of Dismissal** using the CM/ECF system, which will send notification of such filing to the parties of record as follows:

| | |
|---|---|
| Christopher P. Galanek<br>Ryan T. Pumpian<br>Damon Whitaker<br>BRYAN CAVE POWELL GOLDSTEIN<br>One Atlantic Center – Fourteenth Floor<br>1201 West Peachtree Street, NW<br>Atlanta, Georgia 30309-3488<br>Telephone: (404) 572-6600 | J. Bennett Clark<br>BRYAN CAVE POWELL GOLDSTEIN<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis, Missouri 63102<br>Telephone: (314) 259-2000 |

/s/ Steven J. Thompson

| | |
|---|---|
| Earl W. Gunn<br>Georgia Bar No. 3158262<br>William C. Buhay<br>Georgia Bar No. 093940<br>WEINBERG, WHEELER, HUDGINS,<br>GUNN & DIAL, LLC<br>One Atlanta Plaza – Suite 3000<br>950 East Paces Ferry Road<br>Atlanta, Georgia 30326<br>404-876-2700<br>404-875-9433 facsimile<br>wbuhay@wwhgd.com | Ethan E. Trull (*admitted pro hac vice*)<br>Steven J. Thompson (*admitted pro hac vice*)<br>UNGARETTI & HARRIS LLP<br>3500 Three First National Plaza<br>Chicago, Illinois 60602<br>312-977-4400<br>312-977-4405 facsimile<br>etrull@uhlaw.com |

*Attorney for Defendant/Counter-Plaintiff*