UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY-CLARK CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH 200, LLC F/K/A CARDINAL HEALTH 200, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:10-CV-0034-CAP |

# **O R D E R**

The parties' consent motion to extend the time to file reply briefs in support of several motions to exclude expert testimony [Doc. No. 264] is GRANTED. The deadline for filing the reply briefs is April 1, 2013.

**SO ORDERED** this 14th day of March, 2013

                                          /s/ Charles A. Pannell, Jr.
                                          CHARLES A. PANNELL, JR.
                                          United States District Judge