# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY-CLARK CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) CARDINAL HEALTH 200, LLC, ) f/k/a CARDINAL HEALTH ) 200, INC., ) ) Defendant. ) _____) | Civil Action No. 1:10-cv-34-CAP |

## STIPULATED DISMISSAL WITH PREJUDICE

NOW COME Kimberly-Clark Corporation and Cardinal Healthcare 200, LLC, parties in the above-styled action, through counsel, pursuant to Rule 41(a)(1)(A) and (c), and dismiss with prejudice all claims and counterclaims asserted in this action with each party to bear its own fees and costs.

Respectfully submitted this ____ day of April, 2013.

| | |
|---|---|
| **/s/Christopher P. Galanek** | **/s/ Ethan E. Trull** |
| Christopher P. Galanek | Ethan E. Trull (*admitted pro hac vice*) |
| Georgia Bar No. 282390 | Steven J. Thompson (*admitted pro hac vice*) |
| chris.galanek@bryancave.com | Samera S. Ludwig (*admitted pro hac vice*) |
| Ryan T. Pumpian | Lisa C. Sullivan (*admitted pro hac vice*) |
| Georgia Bar No. 589822 | UNGARETTI & HARRIS LLP |

1

ryan.pumpian@bryancave.com  
Damon J. Whitaker  
Georgia Bar No. 752722  
damon.whitaker@bryancave.com  
BRYAN CAVE LLP  
One Atlantic Center, 14th Floor  
1201 West Peachtree Street, N.W.  
Atlanta, Georgia 30309-3488  
Tel:   (404) 572-6600  
Fax:   (404) 572-6999  

3500 Three First National Plaza  
Chicago, Illinois 60602  
312-977-4400  
312-977-4405 facsimile  
*Attorneys for Cardinal Health 200, LLC*  

J. Bennett Clark *(admitted pro hac vice)*  

One Metropolitan Square  
211 North Broadway, Suite 3600  
St. Louis, Missouri 63102  
(314) 259-2000   phone  
*Attorneys for Kimberly-Clark Corporation*

### Local Rule 7.1(D) Certification of Compliance

I hereby certify that the foregoing pleading has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

**/s/Christopher P. Galanek**
Georgia Bar No. 752722

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April ____, 2013 a true and correct copy of the foregoing **DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

**/s/Christopher P. Galanek**
Georgia Bar No. 752722